

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2019

No. 04-18-00709-CR

Kayro **MORENO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2015CRS001128D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on March 21, 2019. This court notified appellant's counsel of the deficiency on March 27, 2019, but no response was filed. By order dated April 16, 2019, this appeal was abated to the trial court for an abandonment hearing. The trial court conducted the hearing, and supplemental records were filed containing the trial court's findings. By order dated May 21, 2019, the appeal was reinstated on the docket of the court, and appellant's brief was ordered to be filed no later than June 20, 2019.

On June 20, 2019, appellant's attorney filed an unopposed motion for extension of time requesting an additional extension of time due to a series of events beyond the attorney's control which prevented him from completing the brief. The motion is GRANTED. Given the prior abatement and the original due date for the brief, **THIS IS THE FINAL EXTENSION OF TIME THAT APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by July 20, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of June, 2019.



KEITH E. HOTTLE,
Clerk of Court